IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KELSEY D. DODDRIDGE.**                                                               **PLAINTIFF**

V.                              Case No. 4:19CV000739 JM

**C.R. BARD INCORPORATED and BARD**
**PERIPHERAL VASCULAR INCORPORATED**               **DEFENDANTS**

## ORDER

Pending is the Plaintiff's motion to dismiss without prejudice.   (Docket # 37).   No response has been filed. For good cause shown, the motion is GRANTED.   This case is hereby dismissed without prejudice against all Defendants pursuant to Fed. R. Civ. P. 41(a).

The Court notes that Plaintiff's right to re-file the case against the Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), if the Plaintiff re-files this action against the Defendants, he may be ordered to pay any costs of this action which the Court deems appropriate.

IT IS SO ORDERED this 1st day of February, 2022.

_____
James M. Moody, Jr.
United States District Judge